466 A.2d 720

Commonwealth v. Peoples, Appellant.

Argued May 11, 1983. Vincent J. Snyder, for appel-

lant; Michael L. Turner, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.